BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (State Bar No. 26202)
  *mblecher@blechercollins.com*
Donald R. Pepperman (State Bar No. 109809)
  *dpepperman@blechercollins.com*
Gary M. Joye (State Bar No. 117440)
  *gjoye@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

Attorneys for Plaintiff Pro Search Plus, LLC

GIBSON, DUNN & CRUTCHER LLP
Richard J. Doren, SBN 124666
rdoren@gibsondunn.com
Samuel G. Liversidge, SBN 180578
sliversidge@gibsondunn.com
David S. Han, SBN 247789
dhan@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendant VFM Leonardo, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PRO SEARCH PLUS, LLC, a California limited liability company,<br><br>            Plaintiff,<br><br>     vs.<br><br>VFM LEONARDO, INC., a Canadian corporation,<br><br>            Defendant. | Case No. SACV12-02102-JST (ANx)<br><br>**STIPULATION TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>The Hon. Josephine Staton |

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by and among the parties hereto, through their respective counsel of record, that the entire action, and each and every claim alleged therein, is hereby voluntarily dismissed with prejudice. Each party to bear its own fees and costs.

Dated:  July 30, 2014        BLECHER COLLINS PEPPERMAN & JOYE, P.C.

By:     /s/ Donald R. Pepperman
       Donald R. Pepperman
       Attorneys for Plaintiff
       Pro Search Plus, LLC

Dated:  July 30, 2014        GIBSON DUNN & CRUTCHER LLP

By:     /s/ Samuel G. Liversidge
       Samuel G. Liversidge
       Attorneys for Defendant
       VFM Leonardo, Inc.

59997.1